LEWIS J. GODDARD, Appellant, *v.* STEPHEN STILES, Respondent.

(Submitted April 28, 1885 ; decided May 5, 1885.)

THIS case is reported on appeal from a former order, vacating an execution issued herein and directing the satisfaction of the judgment, in 90 N. Y. 199, to which reference is made for the facts there appearing. After the decision of this court therein reversing the order so far as it directed a satisfaction of the judgment, a new execution was issued thereon. Whereupon another motion was made and granted to vacate the same, upon affidavits showing the following facts in addition to those which then appeared. When the order was made substituting the present plaintiff, a receiver appointed in supplementary proceedings against Myron P. Stiles, as plaintiff in his stead, it was on condition that the judgment creditors pay to Stiles' attorney $800, allowed for his fees. Said compensation was fixed by the written stipulation of the parties including said Stiles. The attorney subsequently agreed to accept $630 in lieu of the sum stated. This was paid to him by defendant who had purchased the judgments upon which the supplementary proceedings were based. The court here held that as the evidence showed the money was paid upon a claim, settled and fixed by the stipulation and upon consent of Stiles, the difficulty which appeared upon the former appeal was obviated, and as the motion involved a question of fact, the order appealed from was in the discretion of the court, and its decision was not reviewable here. It was objected that leave should first have been obtained before renewing the motion. *Held,* untenable, as this was not a renewal of the old motion.

*J. & Q. Van Voorhis* for appellant.

*W. H. Adams* for respondent.

*Per Curiam mem.* for dismissal of the appeal.
All concur.
Appeal dismissed.